1  **GESUND & PAILET, LLC**
   KEREN E. GESUND, ESQ.
2  Nevada Bar No. 10881
   5550 Painted Mirage Rd.
3  Suite 320
   Las Vegas, NV 89149
4  Tel: (702) 300-1180
   Fax: (504) 265-9492
5  keren@gp-nola.com
6
   **HORWITZ, HORWITZ &**
7  **ASSOCIATES**
   O.  Randolph Bragg
8  25 East Washington Street, Suite 900
   Chicago, IL 60602
9  (312) 372-8822
   rand@horwitzlaw.com
10 *Attorneys for Plaintiff*
11
12
13

**ALVERSON, TAYLOR,**
**MORTENSEN & SANDERS**
Nevada Bar No. 13779
7401 W. Charleston Blvd.
Las Vegas, Nevada 89117-1401
T: (702) 384-7000
F: (702) 385-7000
twaite@alversontaylor.com

**CARLSON & MESSER LLP**
David J. Kaminski (CA SBN: 128509)
*Appearing Pro Hac Vice*
Kaminskid@cmtlaw.com
Tamar Gabriel (CA SBN: 266860)
*Appearing Pro Hac Vice*
Gabrielt@cmtlaw.com
5901 W. Century Blvd., Suite 1200
Los Angeles, California 90045
Tel: (310) 242-2200
Fax: (310) 242-2222

*Attorneys for Defendant,*
*HUNTER WARFIELD*
*OF NEW ENGLAND, INC.*

14
15              **UNITED STATES DISTRICT COURT**
16                      **DISTRICT OF NEVADA**
17

18  JUSTINE MCMULLEN, an individual, on          Case No.: 2:16-cv-01646
    behalf of herself and those similarly situated;
19
20          Plaintiffs,
                                                  **STIPULATION TO EXTEND TIME**
21  vs.                                           **FOR DEFENDANT TO FILE**
                                                  **OPPOSITION TO PLAINTIFF'S**
22  HUNTER WARFIELD OF NEW ENGLAND,               **MOTION FOR ATTORNEY FEES**
    INC., a Florida corporation,                  **[DKT. NO. 51]**
23
24          Defendant.
25
    **TO THIS HONORABLE COURT:**
26
           Plaintiff, JUSTINE MCMULLEN ("Plaintiff") and Defendant, HUNTER WARFIELD OF
27
28  NEW ENGLAND, INC. ("Defendant"), by and through undersigned counsel, hereby stipulate and

agree as follows:

WHEREAS, on October 11, 2017, Plaintiff filed a Motion for An Award of Attorney Fees and Costs (Dkt. No. 51) (hereinafter "Motion");

WHEREAS, due to an inadvertent calendaring error, Defendant did not file a timely Opposition to Plaintiff's Motion on October 25, 2017 yet had every intention to file an Opposition but for its unusual calendaring oversight. See e.g. *Pincay v. Andrews* (9th Cir. 2004) 389 F.3d 853 (Ninth Circuit Court of Appeals holding that district court may find "excusable" delay for untimely filing of notice of appeal due to failure of law firm's calendaring system when it was caught quickly and hurt no one, and therefore court did not abuse its discretion in granting extension of time to file a notice of appeal).

WHEREAS, the parties have met and conferred and agree to provide Defendant an extension of time through December 22, 2017 to file an Opposition to Plaintiff's Motion.

WHEREAS, this request is not made for any improper purpose or delay;

WHEREAS, the parties further agree that the granting of this request will not cause any prejudice to them because the Hearing on Plaintiff's Motion for Attorney's Fees and Costs is not scheduled to be heard until over three (3) months from today, on February 23, 2018, giving Plaintiff ample time to Reply to Defendant's Opposition.

///
///
///
///
///
///
///
///
///
///

NOW THEREFORE, the parties respectfully request that this Court issue an order granting Defendant an extension through December 22, 2017, to file its Opposition to Plaintiff's Motion for an Award of Attorneys' Fees and Costs, currently set for hearing on February, 23, 2018 at 9:00 a.m.

IT IS SO STIPULATED.

Respectfully submitted,

**Plaintiff:**                                              **Defendant:**

DATED this 21st day of November, 2017          DATED this 21st day of November, 2017
GESUND & PAILET, LLC                            CARLSON & MESSER LLP


By: */s/ Keren E. Gesund, Esq.*                 By: */s/ Tamar Gabriel, Esq.*
   KEREN E. GESUND, ESQ.                           TAMAR GABRIEL, ESQ.
   Nevada Bar No. 10881                            Appearing *Pro Hac Vice*
   5550 Painted Mirage Rd.                         California Bar No. 266860
   Suite 320                                       5959 W. Century Blvd., Suite 1214
   Las Vegas, NV 89149                             Los Angeles, CA 90045
   Telephone: (702) 300-1180                       Telephone: (310) 242-2205
   Fax: (504) 265-9492                             Facsimile: (310) 242-2222
   keren@gp-nola.com                               gabrielt@cmtlaw.com
   *Attorney for Plaintiff*                        *Attorney for Defendant*




IT IS SO ORDERED.

DATED: 11/22/17

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE