**GESUND & PAILET, LLC**
KEREN E. GESUND, ESQ.
Nevada Bar No. 10881
5550 Painted Mirage Rd.
Suite 320
Las Vegas, NV 89149
Tel: (702) 300-1180
Fax: (504) 265-9492
keren@gp-nola.com

**HORWITZ, HORWITZ & ASSOCIATES**
O. Randolph Bragg
25 East Washington Street, Suite 900
Chicago, IL 60602
(312) 372-8822
rand@horwitzlaw.com
*Attorneys for Plaintiff*

**ALVERSON, TAYLOR, MORTENSEN & SANDERS**
Trevor Waite
Nevada Bar No. 13779
7401 W. Charleston Blvd.
Las Vegas, Nevada 89117-1401
T: (702) 384-7000
F: (702) 385-7000
twaite@alversontaylor.com

**CARLSON & MESSER LLP**
David J. Kaminski (CA SBN: 128509)
*Appearing Pro Hac Vice*
Kaminskid@cmtlaw.com
Tamar Gabriel (CA SBN: 266860)
*Appearing Pro Hac Vice*
Gabrielt@cmtlaw.com
5901 W. Century Blvd., Suite 1200
Los Angeles, California 90045
Tel: (310) 242-2200
Fax: (310) 242-2222
*Attorneys for Defendant,*
*HUNTER WARFIELD*
*OF NEW ENGLAND, INC.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUSTINE MCMULLEN, an individual, on behalf of herself and those similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>HUNTER WARFIELD OF NEW ENGLAND, INC., a Florida corporation,<br><br>Defendant. | Case No.: 2:16-cv-01646<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY FEES**<br><br>[ECF No. 59] |

**TO THIS HONORABLE COURT:**

Plaintiff, JUSTINE MCMULLEN ("Plaintiff") and Defendant, HUNTER WARFIELD OF NEW ENGLAND, INC. ("Defendant"), by and through undersigned counsel, hereby stipulate and

- 1 -

agree as follows:

WHEREAS, on October 11, 2017, Plaintiff filed a Motion for An Award of Attorney Fees and Costs (Dkt. No. 51) (hereinafter "Motion");

WHEREAS, the parties met and conferred and agreed to provide Defendant an extension of time through December 22, 2017 to file an Opposition to Plaintiff's Motion.

WHEREAS, on November 22, 2017, this Honorable Court granted the stipulation and extended Defendant's response deadline through December 22, 2017. (Dkt. No. 54).

WHEREAS, on December 22, 2017 (the Friday before Christmas), Defendant filed its Opposition to Plaintiff's Motion. (Dkt. No. 56).

WHEREAS Defendant's opposition contains numerous statements of law and fact that Plaintiff would like to respond to.

WHEREAS, Plaintiff's counsel was out of the office during the holidays and needs additional time to reply to Defendant's Opposition.

WHEREAS, the parties have met and conferred and this time agreed to provide Plaintiff an extension of time through January 12, 2018, to file a Reply in Support of her Motion.

WHEREAS, this request is not made for any improper purpose or delay;

WHEREAS, the parties further agree that the granting of this request will not cause any prejudice to them because the Hearing on Plaintiff's Motion for Attorney's Fees and Costs is not scheduled to be heard until February 23, 2018.

///
///
///
///
///
///
///
///
///

NOW THEREFORE, the parties respectfully request that this Court issue an order granting Plaintiff an extension through January 12, 2018, to file a Reply in support of Plaintiff's Motion for an Award of Attorneys' Fees and Costs, currently set for hearing on February 23, 2018 at 9:00 a.m. IT IS SO STIPULATED.

Respectfully submitted,

**Plaintiff:**

DATED this 4th day of January, 2018
GESUND & PAILET, LLC

By: */s/ Keren E. Gesund, Esq.*
   KEREN E. GESUND, ESQ.
   Nevada Bar No. 10881
   5550 Painted Mirage Rd.
   Suite 320
   Las Vegas, NV 89149
   Telephone: (702) 300-1180
   Fax: (504) 265-9492
   keren@gp-nola.com
   *Attorney for Plaintiff*

**Defendant:**

DATED this 4th day of January, 2018
CARLSON & MESSER LLP

By: */s/ Tamar Gabriel, Esq.*
   TAMAR GABRIEL, ESQ.
   Appearing *Pro Hac Vice*
   California Bar No. 266860
   5959 W. Century Blvd., Suite 1214
   Los Angeles, CA 90045
   Telephone: (310) 242-2205
   Facsimile: (310) 242-2222
   gabrielt@cmtlaw.com
   *Attorney for Defendant*

IT IS SO ORDERED:

DATED: January 5, 2018

_____
Hon. Jennifer A. Dorsey
UNITED STATES DISTRICT COURT JUDGE