# ✓ FIRST CLASS INC.
C L A S S   A C T I O N   A D M I N I S T R A T I O N

5410 W Roosevelt Road, Suite 222
Chicago, IL 60644-1479
Phone: (773) 378-1009 | Fax: (773) 378-1018 | Email: info@firstclassinc.com

United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001


Re:  Justine McMullen v. Hunter Warfield of New England, Inc.
United States District Court, District of Nevada
Case No.  2:16-cv-01646

Dear Sir or Madam:

We have been retained by Carlson & Messer LLP, attorneys for Defendants in the above action, ("Counsel") to transmit to you the following documents in order to comply with 28 U.S.C. 1715(b).  The above referenced litigation is a class action law suit in which the parties have reached a settlement, and Counsel has designated you and/or your office as an "appropriate government official" under 28 U.S.C. 1715(a).  The table below indicates the general category of document described in 28 U.S.C. 1715(b) and the corresponding document fitting the description in this litigation.

| Category of Document under 28 U.S.C. 1715(b) | Responsive Document in this litigation |
|---|---|
| a copy of the complaint, any materials filed with it, and any amended complaints; | |
| notice of any scheduled hearings | See Preliminary Approval Order |
| the proposed settlement | See Settlement Agreement |
| any other concurrent agreements between the defendants and class counsel | None at this time |
| any notifications directed at class members regarding the proposed settlement or their right to request exclusion from the class | See Class Notice |
| any final judgment in the case or notice of dismissal | None at this time |
| any written judicial opinion about: | |
| the class notifications | None at this time |
| the proposed settlement | None at this time |

# FIRST CLASS INC.
## CLASS ACTION ADMINISTRATION

5410 W Roosevelt Road, Suite 222
Chicago, IL 60644-1479
Phone: (773) 378-1009 | Fax: (773) 378-1018 | Email: info@firstclassinc.com

| | |
|---|---|
| any other concurrent agreements between the defendant and class counsel | None at this time |
| any final judgment or notice of dismissal | None at this time |
| for notifications to state officials: | |
| list of the class members who reside in the official's state | 557 class members (see list) |

The responsive documents listed in the table above are copied on the enclosed CD in PDF format.  If you have any trouble downloading these documents, please contact the undersigned.  If you need any clarification of any issues regarding this matter, please contact Counsel at (310) 242-2205 and ask for Tamar Gabriel Ellyin.   Thank you.


Sincerely,

Bailey Hughes
Case Manager

# **CERTIFICATE OF SERVICE**

I, Tamar Gabriel Ellyin, hereby certify that on this 7th day of February, 2018, a true and accurate copy of the foregoing Notice were served via the District Court ECF System on the Following:

Email: rand@horwitzlaw.com
keren@gp-nola.com
twaite@alversontaylor.com
efile@alversontaylor.com

/s/ Tamar Gabriel Ellyin
Tamar Gabriel Ellyin
CARLSON & MESSER LLP