# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Justine McMullen

                        Plaintiff,

       v.

Hunter Warfield of New England, Inc.

                        Defendant.

JUDGMENT FOR ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:16-cv-01646-JAD-CWH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of the plaintiff and against the defendant in the amount of $44,208.40 in attorneys fees and $839.10 in costs, for a total judgment of $45,047.50.

July 2, 2018  
Date

DEBRA K. KEMPI  
Clerk

/s/ M. Morrison  
Deputy Clerk