David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Tamar Gabriel Ellyin (SBN 266860)
ellyint@cmtlaw.com
CARLSON & MESSER LLP
5901 West Century Boulevard, Suite #1200
Los Angeles, CA 90045
Tel: (310) 242-2200

Attorneys for Defendant,
HUNTER WARFIELD OF NEW ENGLAND, INC.

# UNITED STATE DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JUSTINE MCMULLEN,<br><br>Plaintiff,<br><br>v.<br><br>HUNTER WARFIELD OF NEW ENGLAND, INC., a Florida corporation<br><br>Defendant. | Case No.: 2:16-cv-01646-JAD-CWH<br><br>**NOTICE OF MOTION AND MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY OF RECORD BY TAMAR GABRIEL ELLYIN** |

TO THE COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

Under Civil Rule 83.3(f) Tamar Gabriel Ellyin, co-counsel of record for Defendant HUNTER WARFIELD OF NEW ENGLAND, INC. (hereinafter, "Defendant") in this proceeding, moves this Court to approve her Motion to Withdraw as attorney of record for Defendant.

As of August 3, 2018, Mrs. Ellyin will no longer be associated with Carlson & Messer, LLP. The withdrawal of Mrs. Ellyin will not cause any prejudice or delay in the case. David J. Kaminski of Carlson & Messer, LLP, will continue to serve as Lead Counsel in this proceeding. Therefore, Mrs. Ellyin respectfully requests that the Court grant her leave to withdraw as attorney of record in this matter.

Dated: August 3, 2018

**CARLSON & MESSER LLP**
s/ Tamar Gabriel Ellyin
David J. Kaminski
Tamar Gabriel Ellyin
Attorneys for Defendant,
HUNTER WARFIELD OF NEW ENGLAND, INC.

IT IS SO ORDERED.

DATED: August 7, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

# **CERTIFICATE OF SERVICE**

I, Tamar Gabriel Ellyin, hereby certify that on this 3rd day of August, 2018, a true and accurate copy of the foregoing Notice of Withdrawal of Counsel were served via the District Court ECF System on the Following:

Email: rand@horwitzlaw.com
keren@gp-nola.com

/s/Tamar Gabriel Ellyin
Tamar Gabriel Ellyin
CARLSON & MESSER LLP